IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Servando Reynoso, Kailei Bonds, and
Richelle Cordes,

Plaintiffs,

v.

Lead Generation Services
and/or Lead Generation Specialists, Inc., Aleta
Sarno, and LGS, Inc. doing business as
ISA Experts,

Defendants.

Case No. 19-cv-04025
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of Plaintiffs Servando Reynoso, Kailei Bonds, Richelle Cordes and John Ireland, Attorney at Law against Defenadnts Lead Generation Services and/or Lead Generation Specialists, Inc., Aleta Sarno, and LGS, Inc. doing business as ISA Experts. Defendants are ordered to pay Plaintiff Reynoso $2,000.00, Plaintiff Bonds $1,000.00, and Plaintiff Cordes $500.00. Defendants are further ordered to pay John Ireland, Attorney at Law, $7,325.00.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to enforce settlement.

Date: 8/19/2022

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk